IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARMANDO LOPEZ,  ) | |
| TDCJ No. 2271424,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | CIVIL ACTION NO. |
| VS.  ) | |
| ) | 3:23-CV-2359-G-BN |
| ARRESTING OFFICERS,  ) | |
| ) | |
| Defendant.  ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

November 29, 2023.

*A. Joe Fish*
A. JOE FISH
Senior United States District Judge